No. 73–2054. HUDSON BERLIND CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 73–2067. SIMPSON *v.* SIMPSON. C. A. 5th Cir. Certiorari denied.

No. 73–6682. MARTINEZ-MIRAMONTES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6774. EPHRAIM *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–6807. BOWDEN *v.* UNITED STATES;
No. 73–6842. ADAMS *v.* UNITED STATES; and
No. 73–6906. JENKINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6841. ROSOTO ET AL. *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 73–6846. PENICK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6885. DOWNEN ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–6901. HODGE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–6924. GARCIA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–6927. MITCHELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.